# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISRAEL TORRES, | |
| Plaintiff | CIVIL ACTION |
| v. | NO. 13-4761 |
| U.S. COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant | |

## ORDER

**AND NOW**, this 3 day of Sept. , 2014, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket No. 8) filed December 2, 2013; upon consideration of Defendant's Response to Request for Review of Plaintiff (Docket No. 11) filed January 29, 2014; upon consideration of Plaintiff's Reply (Docket No. 13) filed February 10, 2014; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated August 6, 2014,

**IT IS ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**;

2. the relief sought by Plaintiff is **DENIED**; and

3. the decision of the Commissioner of Social Security is **AFFIRMED**.

BY THE COURT:

*T. N. O'Neill*

**THOMAS N. O'NEILL, JR.,**
**United States District Judge**